## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

TAWANNA AND ANTHONY WARE
on behalf of themselves
and all other similarly situated,

    Plaintiffs                                                     Case No.: 1:18-cv-886

vs.

SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG ELECTRONICS CO., LTD.,
BEST BUY STORES, L.P. (d/b/a BEST BUY, GEEK SQUAD and
MAGNOLIA HOME THEATER)

    Defendants.

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs, Tawana and Anthony Ware, appeal to the United States Court of Appeals for the Seventh Circuit, the Northern District of Illinois, Eastern Divisions' Court's following Orders in case No. 1:18-cv-00886:

1. Memorandum Opinion and Order, dismissing the Wares claims against Best Buy Stores, L.P., entered on January 31, 2019 [Dkt. 116][1];

2. Order denying the Wares' Motion for Reconsideration in the dismissal of the Best Buy defendants' claims, entered on June 3, 2019, [Dkt. 125][2]; and

3. Made final on entry of Judgment on April 16, 2020 *nunc pro tunc* to March 20, 2020 in favor of Defendant Best Buy Stores, L.P. and against plaintiffs Tawanna and Anthony Ware. [Dkt. 158]

by the Honorable United States District Court Judge, Sharon Johnson Coleman.

Respectfully submitted this 17th day of April, 2020.

/s/ Paul S. Rothstein
PAUL S. ROTHSTEIN, P.A.
Florida Bar No.: 310123
626 NE 1st Street
Gainesville, Florida 32601
Phone: (352) 376-7650
Fax: (352) 351-8582
Email: PSR@rothsteinforjustice.com

Thomas Cronin
Cronin & Co., Ltd.
120 N. La Salle Street
20th Floor
Chicago, IL 60602
Phone: (312) 201-7100
Email: tcc@cronincoltd.com
*Counsel for Plaintiffs Tawanna and Anthony Ware*

## CERTIFICATE OF SERVICE

I HEREBY certify that on April 17, 2020, I electronically filed the foregoing PLAINTIFFS' NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ Paul S. Rothstein,
Paul S. Rothstein