# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 29, 2021

Before
ILANA DIAMOND ROVNER, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 20-1641 | TAWANNA WARE and ANTHONY WARE,<br>        Plaintiffs - Appellants<br><br>v.<br><br>BEST BUY STORES, L.P.,<br>        Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:18-cv-00886<br>Northern District of Illinois, Eastern Division<br>District Judge Mary M. Rowland ||

The judgment of the District Court is **VACATED** and the case is **REMANDED** with instructions to dismiss for lack of jurisdiction. Each side shall bear its own costs on appeal. The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**     (form ID: **132**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit