# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Tawanna Ware, et al.

                        Plaintiff,

v.                                              Case No.: 1:18−cv−00886

                                                      Honorable Mary M. Rowland

Best Buy Stores, L.P., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 25, 2021:

       MINUTE entry before the Honorable Mary M. Rowland: Plaintiffs' Motion [181] is granted. The court of appeals ordered this case dismissed for lack of jurisdiction. This Court inadvertently dismissed the matter with prejudice. [180]. That order is corrected to reflect that matter is dismissed for lack of jurisdiction without prejudice. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.